No. 07-16-00436-CV

| Leon Reyes | § | From the 72nd District Court |
| Appellant | | of Lubbock County |
| | § | |
| v. | | December 22, 2016 |
| | § | |
| Guadalupe Reyes | | Opinion Per Curiam |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 22, 2016, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o